<div style="float:right; border:1px solid; padding:4px;">
ACKNOWLEDGED. Case is dismissed without prejudice.

*/s/ Richard L. Young*
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 10/07/2024
</div>

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION**

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

| | |
|---|---|
| LEON SANDERS,<br><br>            Plaintiff,<br>v.<br><br>COOK MEDICAL, INC. IVC FILTERS,<br><br>            Defendants. | Civil Action No. 1:18-cv-03701-RLY-TAB |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW, the undersigned counsel on behalf of Plaintiff, Leon Sanders, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in Civil Action No: 1:18-cv-03701-RLY-TAB.

Date: September 06, 2024

Respectfully Submitted,

**THE MOODY LAW FIRM**
By: */s/ Willard J. Moody, Jr.*
Willard J. Moody, Jr.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020
will@moodyrrlaw.com
*Attorney for Plaintiff*

1